# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI WOODRUFF, | )<br>) |
| Plaintiff, | )  Case No. 2:17-cv-01913-JAD-GWF<br>) |
| vs. | )  **ORDER**<br>) |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 13, 2017, required the parties to file a Joint Status Report no later than August 12, 2017. *See* ECF No. 2. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **August 30, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge