# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brandi Woodruff, | 2:17-cv-01913-JAD-GWF |
| Plaintiff | **Remand Order** |
| v. | [ECF No. 7] |
| State Farm Mutual Automobile Insurance Co., | |
| Defendant | |

Plaintiff Brandi Woodruff sues her automotive insurer State Farm Mutual Automobile Insurance Co. after it failed to pay her the UM/UIM insurance benefits that she claims she is due under her $15,000 policy. Although Woodruff filed this action in state court, State Farm removed it to federal court based on diversity jurisdiction. Woodruff moves to remand the case, arguing that its value does not meet the $75,000 amount in controversy required to trigger removal jurisdiction.[1] For the reasons that I stated on the record at today's hearing on that motion to remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 7] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-756369-C, Dept. No. 28.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated September 11, 2017.

Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 7.